UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

        Petitioner,

vs.                                  Case No. 2:07-mc-8-FtM-29SPC

PATSY L. RICE,

        Respondent.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #6), filed April 24, 2007, recommending that the government's Petition to Enforce Internal Revenue Service Summons (Doc. #1) be granted and that respondent be directed to appear before a Revenue Officer to comply with the summons. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. §

636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation is hereby **adopted** and the Petition to Enforce Internal Revenue Service Summons (Doc. #1) is **GRANTED**.  Respondent shall appear before Revenue Officer C. Lewis, or her designee, on May 15, 2007, at 10:00 a.m. or at a future date and time reasonably designated by the Revenue Officer at 2891 Center Pointe Drive, Suite 100, Fort Myers, Florida, to fully comply with the summons.

2.  The Clerk shall close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __14th__ day of May, 2007.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
Parties of Record